FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

FEB 22 2022

TAMMY H. DOWNS, CLERK
By: _____ DEP CLERK

FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
_____ DIVISION

CASE NO. 4:22-cv-00179-BRW-JJV

Jury Trial: ☐ Yes ☐ No
(Check One)

I. Parties

In item A below, place your full name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

A. Name of plaintiff: Travis McClellan Baskin
ADC # 550594

Address: Danville, AR, 72833 Box 99

Name of plaintiff: ~~Yell County Detention Center~~
ADC # _____

Address: _____

Name of plaintiff: _____
ADC # _____

Address: _____

In item B below, place the full name of the defendant in the first blank, his official position in the second blank, his place of employment in the third blank, and his address in the fourth blank.

B. Name of defendant: Yell County Detention Center

Position: _____

Place of employment: _____

Address: P.O. Box 99 Danville AR, 72833

Name of defendant: _____

Position: _____

-4-

This case is assigned to District Judge Wilson
and to Magistrate Judge Volpe

Place of employment: _____

Address: _____

Name of defendant: _____

Position: _____

Place of employment: _____

Address: _____

Name of defendant: _____

Position: _____

Place of employment: _____

Address: _____

II. Are you suing the defendants in:

    ☐ official capacity only
    ☐ personal capacity only
    ☑ both official and personal capacity

III. Previous lawsuits

    A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?

    Yes ___   No ✓

    B. If your answer to A is yes, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

        ☐ Parties to the previous lawsuit:

        Plaintiffs: _____

        _____

        Defendants: _____

        _____

☐     Court (if federal court, name the district; if state court, name the county):

        _____

☐     Docket Number: _____

☐     Name of judge to whom case was assigned: _____

☐     Disposition: (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

☐     Approximate date of filing lawsuit: _____

☐     Approximate date of disposition: _____

IV. Place of present confinement: _____

_____

V. At the time of the alleged incident(s), were you:
(check appropriate blank)

_____ in jail and still awaiting trial on pending criminal charges

_____ serving a sentence as a result of a judgment of conviction

_____ in jail for other reasons (e.g., alleged probation violation, etc.)
explain: _____

_____

VI. The Prison Litigation Reform Act (PLRA), 42 U.S.C. § 1997e, requires complete exhaustion of administrative remedies of all claims asserted, prior to the filing of a lawsuit. There is a prisoner grievance procedure in the Arkansas Department of Correction, and in several county jails. Failure to complete the exhaustion process provided as to each of the claims asserted in this complaint may result in the dismissal without prejudice of all the claims raised in this complaint.

A. Did you file a grievance or grievances presenting the facts set forth in this complaint?

Yes _✓_    No ____

B. Did you completely exhaust the grievance(s) by appealing to all levels within the grievance procedure? Yes.

Yes ✓   No ____

If not, why? _____

_____

VII.  Statement of claim

State here (as briefly as possible) the <u>facts</u> of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

I, Travis Baskin tested positive to the Covid A Virus on Jan 18th 2022, which i never recieved any medical attention and or any medication, they clorintend me with other inmates that tested positive as well, they only checked a select few who tested positive, I feel my rights was severly violated. they also put the one's with Covid in a barracks with a man who was not tested.

-7-

VIII.  Relief

<u>State briefly exactly what you want the court to do for you.</u>  Make no legal arguments.  Cite no cases or statutes.

I want wrongs writted, and componsation for the fact it's a life threatning virus and I could have died.

I declare under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and correct.

Executed on this 31 day of January, 2022.

_____
Travin Boyhm.
Signature(s) of plaintiff(s)

-8-

Travis Baskin
P.O. Box 99
Danville, AR
72833



[✓] INMATE MAIL
[ ] RETURN TO SENDER

600 W. Capitol Ave
Suite A-149
Little Rock, AR
72201-3325