IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

TRAVIS MCCLELLAN BASKIN
#550594                                                                                                    PLAINTIFF

VS.                                      4:22-CV-00179-BRW-JJV

YELL COUNTY DETENTION CENTER, *et al.*                                          DEFENDANTS

## JUDGMENT

Based on the dispositive Order entered today, Plaintiff's claims are dismissed. I certify that an *in forma pauperis* appeal would not be taken in good faith.[1]

IT IS SO AJUDGED this 26th day of April 2022.

_____
BILLY ROY WILSON
UNITED STATES DISTRICT JUDGE

---

[1] 28 U.S.C. § 1915(a)(3).

1